UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>               Plaintiff,<br><br>               -vs-<br><br>WWT, LLC and NORTHWEST ADVANTAGE, INC., individually,<br><br>               Defendants. | Cause No. 2:21-cv-00553-RSL<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and Defendant WWT, LLC, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, Defendant WWT, LLC shall be Dismissed with prejudice.

Dated this 2nd day of August, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge