UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>NORTHWEST ADVANTANGE, INC.<br><br>Defendants. | Cause No. 2:21-cv-0553 RSL<br><br><br><br>UNOPPOSED STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and the remaining named Defendant, Northwest Advantage Inc., in this matter, hereby file this Unopposed Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1). Defendant Northwest Advantage Inc has not made an appearance before the court, but the matter has been resolved without notice of appearance of counsel on their behalf.

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this 20th day of August, 2021.

*/s/ S Casnik*
United States District Court Judge

DATED this 19 day of August, 2021.

                Respectfully submitted,

                */s/ M. William Judnich*
                M. William Judnich
                WSBA #56087
                Enabled Law Group
                P.O. Box 4523
                Missoula, Montana 59806
                Telephone: 406-493-1084
                Email: MJ@Enabledlawgroup.com